UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:12-cv-864-J-34MCR

NEDRA WILLIAMS,

    Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Nedra Williams, by and through her attorneys, WEISBERG & MEYERS, LLC, and hereby provide notice of her dismissal of the above-captioned matter with prejudice. Plaintiff request that this Court retain jurisdiction over this claim solely for the purpose of enforcing the settlement agreement should either party fail to perform any obligations thereunder.

    ALEX D. WEISBERG
    WEISBERG & MEYERS, LLC
    ATTORNEY FOR PLAINTIFF
    5722 S. Flamingo Road, #656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax

    By: /s/ Alex Weisberg
    Alex D. Weisberg, Esq.
    FBN: 0566551

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT this Notice was filed on this 9th day of January, 2013, by means of the CM/ECF system. A true and correct copy of the foregoing will be sent to the following:

Mr. Chad Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill SC 29731

        By: s/ Alex Weisberg
        ALEX D. WEISBERG
        FBN: 0566551
        WEISBERG & MEYERS, LLC
        ATTORNEYS FOR PLAINTIFF
        5722 S. Flamingo Road, Ste. 656
        Cooper City, FL 33330
        (954) 212-2184
        (866) 577-0963 fax
        aweisberg@attorneysforconsumers.com