UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NEDRA WILLIAMS,

    Plaintiff,

vs.                                                    Case No. 3:12-cv-864-J-34MCR

DYNAMIC RECOVERY SOLUTIONS, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Dkt. No. 9; Notice) filed on January 11, 2013. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of January, 2013.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record